IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VANESSA DEVILLEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:22-cv-00557 |
| ) | |
| DOLGEN CORP, LLC and DOUG KAYS, ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE NEWBERN |
| Defendants. ) | |

## ORDER

Pending before the Court is the Magistrate Judge Newbern's Report and Recommendation (Doc. No. 15), which was filed on January 19, 2023. Through the Report and Recommendation, Judge Newbern recommends that Defendant Doug Kays' motion to dismiss (Doc. No. 10) be granted. Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes that it should be adopted and approved. Accordingly, Defendant Doug Kays' motion to dismiss (Doc. No. 10) is **GRANTED** and Plaintiff's against Kays are **DISMISSED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE